IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARIO BURKES, individually and on behalf of all others similarly situated,**<br><br>Plaintiff,<br><br>v.<br><br>**CUSTOMIZED DISTRIBUTION SERVICES, INC.,**<br><br>Defendant. | Case No. 3:20-cv-00179-RJD |

## JOINT STIPULATION FOR DISMISSAL

COME NOW Plaintiff Mario Burkes and Defendant Customized Distribution Services, Inc., by and through counsel, and request the dismissal of the above action without prejudice, each party to bear their own costs.

Respectfully submitted,

*s/ Brandon M. Wise*
Brandon M. Wise ARDC #6319580
bwise@pwcklegal.com
Paul A. Lesko ARDC #6288806
plesko@pwcklegal.com
PEIFFER WOLF CARR & KANE, APLC
818 Lafayette Ave., Floor 2
St. Louis, MO 63104
Telephone: 314.833.4826
Facsimile: 217-666-7776

*Attorneys for Plaintiff*

*s/ Jennifer Chierek Znosko*
Jennifer Chierek Znosko ARDC#6284732
jznosko@littler.com
Lillian T. Manning, ARDC #6322842
lmanning@littler.com
LITTLER MENDELSON, P.C.
600 Washington Avenue
Suite 900
St. Louis, MO 63101
Telephone: 314.659.2000
Facsimile: 314.659.2099

*Attorneys for Defendant Customized Distribution Services, Inc.*

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 29, 2020, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system and served by transmission of the CM/EFC system to all parties of record.

      */s/ Brandon M. Wise*