IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARIO BURKES,

      Plaintiff,

v.

CUSTOMIZED DISTRIBUTION
SERVICES, INC.,

      Defendant.

Case No. 3:20-CV-179-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to Stipulation of Dismissal filed April 29, 2020 (Doc. 13), this action is **DISMISSED with prejudice** with each party to bear its own costs and fees.

      DATED:   April 30, 2020

                                      MARGARET M. ROBERTIE,
                                      Clerk of Court

                                      By:   s/ *Deana Brinkley*
                                                   Deputy Clerk

APPROVED:   s/ *Nancy J. Rosenstengel*
                     NANCY J. ROSENSTENGEL
                     Chief U.S. District Judge